■ MARY C. LANNING et al., Respondents, v. VILLAGE OF PLEASANTVILLE, Appellant, et al., Defendant.— In an action to recover damages for personal injuries (1st cause of action), and for medical expenses and loss of services (2nd cause of action), the appeal is from a judgment entered on a jury's verdict of $20,000 on the first cause of action and $5,000 on the second cause of action. The respondent Mary Lanning was injured when she fell from a defective curbstone. Judgment reversed, and a new trial granted, with costs to appellant to abide the event, unless within 10 days after the entry of the order hereon respondents stipulate to reduce the amounts of the verdict to $12,000 and $2,500 respectively, in which event, the judgment as so reduced is affirmed, without costs. The evidence permits a finding of injury to the soft tissues between two of the cervical vertebrae, which cleared up, recurred, and cleared again. In our opinion, the verdict is excessive. Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ., concur.

■ MARTIN F. MORNINGSTAR et al., Respondents, v. CLYD WILLIAMS, Defendant, and NATIONAL AUTO RENTING COMPANY, Appellant.— In an action to recover damages for personal injuries, the appeal is from so much of an order which, inter alia, denied appellant's motion to dismiss the complaint for lack of prosecution on condition that, on or before a certain date, respondent Giessler submit to a physical examination and to an examination before trial and that the deposition of respondent Morningstar be taken by interrogatories and cross interrogatories and that each respondent furnish security of $250 for costs. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MYRON COHEN, Appellant.— Appeal from an amended order of the County Court, Kings County, which (1) denied appellant's application in the nature of a writ of error coram nobis to vacate a judgment, entered on his plea of guilty, convicting him of the crime of attempted escape, as a felony, and (2) denied his application for leave to withdraw his plea of guilty. Order unanimously affirmed. No opinion. Present — Nolan, P. J., Beldock, Hallinan and Kleinfeld, JJ. Murphy, J., deceased.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WARREN DE MUNN, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Kings County, sentencing appellant to serve six months after he had been found guilty of unlawfully possessing and having under his control a narcotic drug. Judgment unanimously affirmed. The evidence was sufficient to establish the unlawful possession of the drug by appellant and a codefendant, even though the drug was purchased by the codefendant and was in his physical possession at the time of the arrest (Penal Law, § 2), and the information sufficiently charged possession and control by appellant under such circumstances (cf. People v. Bliven, 112 N. Y. 79; People v. Katz, 209 N. Y. 311). There was sufficient evidence in addition to appellant's admissions to sustain the conviction (cf. People v. Taleisnik, 225 N. Y. 489, 494; People v. Roach, 215 N. Y. 592, 600). Present — Nolan, P. J., Beldock, Hallinan and Kleinfeld, JJ. Murphy, J., deceased.